UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:10-CR-105-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MYKEAL GREENE, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on the Defendant's motion for issuance and service of a subpoena to Assata Buffaloe under Federal Rule of Criminal Procedure 17(b). For good cause shown, it is hereby ORDERED that the motion is GRANTED. The Marshals Service is directed to serve the subpoena attached to the Defendant's motion as Exhibit A.

This the __4th__ day of March, 2013.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge
Eastern District of North Carolina